FILED
07 OCT 17 AM 9:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

07 CR 2876 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| MIGUEL OVIDIO HERNANDEZ-PEREZ (1), JOSE RIVERA-CHAVEZ (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Villalobos-Mendez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

LMS:fer:Imperial
10/15/07

Count 2

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Villalobos-Mendez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Humberto Villalobos-Mendez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 4

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Humberto Villalobos-Mendez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Garcia-Cisneros, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

<u>Count 6</u>

On or about September 11, 2007, within the Southern District of California, defendants MIGUEL OVIDIO HERNANDEZ-PEREZ and JOSE RIVERA-CHAVEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Garcia-Cisneros, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: October 17, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney