```
                                                FILED

                                              07 OCT 17 AM 9:32

                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA

                                           BY:  pdv         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 2876 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| MIGUEL OVIDIO HERNANDEZ-PEREZ (1), JOSE RIVERA-CHAVEZ (2), | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Miguel Ovidio Hernandez-Perez, et al., Criminal Case No. 07CR2698-H.

DATED: October 17, 2007.

KAREN P. HEWITT
United States Attorney

/s/ David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney

